ACCEPTED
01-15-01071-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 11:24:44 AM
CHRISTOPHER PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/21/2015 11:24:44 AM
CHRISTOPHER A. PRINE
Clerk

**FRANK A. KING**
Assistant Attorney General
General Litigation Division

PHONE: (512) 936-1301
FAX: (512) 320-0667
EMAIL: frank.king@texasattorneygeneral.gov

December 21, 2015

## DEFENDANTS' REQUEST FOR REPORTER'S RECORD

Peggy Hershelman
Harris County Civil Courthouse
201 Caroline, 12th Floor
Houston, TX 77002

Re:     Cause No. 2015-23764; *Thomas G. Rios, M.D.* v. *The University of Texas Health Science Center at Houston, Bella Patel, M.D. F.C.C.P., Richard W. Smalling, M.D. PhD., Rackshunda Majid, M.D. and Francisco Fuentes, M.D.;* in the 165th Judicial District Court of Harris County Texas.

Defendants The University of Texas Health Science Center at Houston, Bella Patel, M.D., F.C.C.P., Richard W. Smalling, M.D. PhD, Rackshunda Majid, M.D. and Francisco Fuentes, M.D., ("Defendants") are filing an accelerated appeal of this case to the First or Fourteenth Courts of Appeals.  An oral hearing on Defendant's Plea to the Jurisdiction and Motion to Dismiss was held on December 7, 2015. The trial court signed and entered an Order Denying Defendants' Amended Plea to the Jurisdiction and Motion to Dismiss on December 7, 2015.  Along with this request, Defendant has filed a notice of interlocutory appeal on December 14, 2015, and has made arrangements to pay the court reporter's fee.

Please prepare, file, and certify an original and one copy of the reporter's record containing the arguments presented at the hearing and all exhibits.

Thank you for your assistance.

Very truly yours,

Frank A. King
Assistant Attorney General

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov